# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
JAN 1 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**In the Matter of the Search of**
One (1) rectangular prism-shaped box bearing UPS tracking 1Z1R04890218921271, addressed to Andrew Griffin, 202 South Capelle Street, Monroe City, Missouri, and shipped from Tony Griffin at The UPS Store #4507, 8250 Calvine Road, Suite C, Sacramento, California.

)
)
)
)
)
)

Case No. 4:19 MJ 45 DDN

## APPLICATION FOR A SEARCH WARRANT

I, <u>Adrian Lorincz</u>, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

One (1) rectangular prism-shaped box bearing UPS tracking 1Z1R04890218921271, addressed to Andrew Griffin, 202 South Capelle Street, Monroe City, Missouri, and shipped from Tony Griffin at The UPS Store #4507, 8250 Calvine Road, Suite C, Sacramento, California.

located in the _____EASTERN_____ District of _____MISSOURI_____, there is now concealed

controlled substances and/or United States currency.

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):
✓ evidence of a crime;
✓ contraband, fruits of crime, or other items illegally possessed;
✓ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., §§ 846, 841(a)(1) | Conspiracy to possess with intent to distribute controlled substance(s); |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

✓ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*
ADRIAN LORINCZ, Special Agent
Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____January 18, 2019____

_____
*Judge's signature*

City and State: ____St. Louis, MO____

Hon. David D. Noce, U.S. Magistrate Judge
*Printed name and title*
AUSA:   ANGIE E. DANIS



FILED
JAN 1 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## AFFIDAVIT

1. I, Adrian Lorincz, Special Agent of the Drug Enforcement Administration (DEA) of the United States Department of Justice, and being duly sworn, state:

2. I am an investigative and law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3. I have been a Special Agent with DEA since August 2015. I have completed the basic DEA academy and other law enforcement courses of instruction that focused on the investigation of persons involved in the manufacture, transportation, distribution, and sale of controlled substances, as well as the methods of laundering the proceeds of these illegal activities. I am currently assigned to Task Force Group 32 at the DEA St. Louis Division Office. During the course of my law enforcement experience, I have participated in complex investigations of drug-trafficking organizations dealing in cocaine, marijuana, heroin, methamphetamine and other controlled substances. I have participated in numerous drug investigations that have resulted in the seizure of cocaine, marijuana, heroin, and methamphetamine. I am familiar with and have used normal methods of investigation, including, but not limited to, visual surveillance, questioning of witnesses, search and arrest warrants, informants, pen registers, confidential sources and undercover agents, and court-authorized wire interceptions. My specialized training has included, but is not limited to, investigation of the manufacture, possession and distribution of controlled substance listed within the Controlled Substance Act, executing search and arrest warrants involving drug offenses, gathering drug and non-drug evidence, supervision and utilization of informants, clandestine laboratories, drug and currency smuggling, money laundering, monitoring drug related conversations in other cases via court

1

authorized interception of wire/electronic communications, and testifying in court as a witness in drug-related legal proceedings. I have also been trained in the interdiction of illicit drugs and drug proceeds being shipped through parcel packages.

4. Based on my training, experience and participation in controlled substance investigations which have resulted from violations of the federal and state narcotic laws and based on my training and experience, it is also common for organizations to ship parcels containing illicit drugs to named recipients that either do not exists or have no association to the address in an attempt to evade law enforcement detection. Your affiant makes this affidavit in support of the search of the following identified United Parcel Service (UPS) package (hereinafter referred to as the "**subject parcel**"):

-One (1) rectangular prism-shaped box bearing UPS tracking 1Z1R04890218921271, addressed to Andrew Griffin, 202 South Capelle Street, Monroe City, Missouri, and shipped from Tony Griffin at The UPS Store #4507, 8250 Calvine Road, Suite C, Sacramento, California.

5. In November 2017, DEA St. Louis investigators met with a confidential source (CS) who reported Shawn DAVIS was a multi-ounce methamphetamine distributor operating in several locations, to include Quincy and Peoria, Illinois and Hannibal and Monroe City, Missouri. Investigators with the West Central Illinois Task Force (WCITF) had already initiated an investigation into DAVIS and known co-conspirators, and began working jointly with DEA St. Louis due to DAVIS's ties to locales in both the Central District of Illinois and the Eastern District of Missouri. CS reported that DAVIS was receiving parcel packages of methamphetamine from a source of supply in the Sacramento, California area. Beginning in April 2018, WCITF utilized CS to conduct controlled purchases of methamphetamine on at

least two occasions. The controlled purchases were conducted through the use of cellular telephones and the source of supply shipped the drugs through a parcel carrier to addressed in the Western District of Illinois.

6. On December 14, 2018, the Honorable Judge Sue E. Myerscough, United States District Judge for the Central District of Illinois, authorized the initial interception of wire and electronic communications, precision location information (PLI) and pen register/trap-and-trace data (PRTT) on cellular telephone number (309) 868-3437 ("Target Telephone #1"), a phone being utilized by Shawn DAVIS. Initial interception of Target Telephone #1 ended on January 15, 2019. During the period of interception, investigators have intercepted multiple communications implicating Shawn DAVIS in a conspiracy to distribute controlled substances within both the Eastern District of Missouri and the Central District of Illinois. Investigators have identified Milton JONES and Kishia YOUNG as co-conspirators in this drug trafficking organization. On December 31, 2019, investigators intercepted communications between DAVIS and YOUNG and between DAVIS and JONES, during which DAVIS orchestrates the sale of a quantity of drugs by YOUNG to JONES. After JONES and YOUNG meet in the Chicago area, investigators orchestrated a vehicle stop of JONES in Springfield, Missouri. Investigators seized approximately 500 tablets of suspected MDMA from JONES.

7. On January 16, 2019, Judge Sue E. Myerscough, United States District Judge for the Central District of Illinois authorized the renewed interception of wire and electronic communications, PLI, and PRTT on Target Telephone #1, utilized by DAVIS. Interception began the same day and is ongoing.

8. On January 17, 2019, the investigative team identified a parcel being shipped through UPS, from Sacramento, California to Monroe City, Missouri. Investigators utilized a commercial

database available to law enforcement that compiles data from several different sources, including public and protected sources, to query the destination address. The database results showed no person named Andrew Griffin at the destination address. Further checks indicated there was no Andrew Griffin associated with any address in Monroe City, Missouri. Investigators are aware that it is common for drug traffickers to use fictitious names with real addresses in an attempt to thwart law enforcement efforts at detecting and seizing illicit drug packages. The destination address is associated with several people, including Jayon STARK. STARK is Facebook friends with DAVIS and is believed to be a member of the DAVIS DTO.

9. Members of the investigative team have listened to several intercepts between DAVIS and other members of the DTO during the last several days. On January 17, 2019, at approximately 11:21 a.m., investigators intercepted a call between DAVIS and his suspected source of supply, Tommy TRAN. The following is an excerpt from that conversation.

> DAVIS: Hell yeah, what you got going? Is everything good from up there? We ... [Unintelligible]
>
> TRAN: No, it's still, it's still fucking here Bro. So ...
>
> DAVIS: [groans]
>
> TRAN: So I'm, yeah man, I'm not trying to think ... know what I'm saying. I'm not trying to think about it right now, till actually give it some time whatever, uh, but it still says it's going to be there Friday, Ah, it's still here, so, I'm hoping this shit doesn't fucking, know what I'm saying? Hello?
>
> DAVIS: Yeah, I'm here Bro
>
> TRAN: Yeah, so I'm not trying to think, uh, think bad right now. I'm just, I'm thinking maybe like ...
>
> DAVIS: [Unintelligible]
>
> TRAN: Yeah, you know there is a fat ass storm up here but, I'm saying probably take that into effect, know what I'm saying? Um, but yeah ...

4

> DAVIS: Don't it be on trace? Look it up
>
> TRAN: Uh, it says, "In transit, estimated time Friday, 1-18, by end of day," um, it says label created, shipped, and then in transit
>
> DAVIS: Aw yeah, that bitch probably out of there
>
> TRAN: Yeah, it's probably, it's probably left the thing. But as of right now it's still stuck on in transit, so probably give it a few hours by afternoon.
>
> DAVIS: As long as it says in transit, it's in transit

10. In this conversation between DAVIS and TRAN, investigators believe DAVIS and TRAN are talking about a parcel package that TRAN is shipping to DAVIS. Investigators believe that the parcel in question is the **subject parcel** that investigators have identified. Investigators believe that when TRAN said, "Uh, it says, "In transit, estimated time Friday, 1-18, by end of day," TRAN was using some type of electronic device (computer, phone, etc.) to check the status of the parcel and was notifying DAVIS that the parcel was scheduled to be delivered on Friday, January 18, 2019. It is common for drug traffickers to use the tracking systems of shippers such as UPS to check on the status of their parcel for several reason, including to watch for unexplained delays which may indicate seizure by law enforcement and to ensure co-conspirators are ready for the parcel's arrival and any related distribution activities thereafter.

11. On January 18, 2019, investigators met with UPS Security personnel at the UPS facility located at 3390 Co Rd 361, Palmyra, Missouri, where the **subject parcel** had arrived. Officer Craig Russell, with the Quincy (Illinois) Police Department (QPD), arrived at the location with his drug detection dog (K-9), "Dioji," to assist in the investigation. Officer Russell deployed K-9 Dioji to the area in which the **subject parcel** was located, and the dog alerted to the presence of narcotics in the package. Investigators seized the **subject parcel** and secured it at 3390 Co

Rd 361, Palmyra, Missouri pending application and receipt of a search warrant for the **subject parcel**.

12. DAVIS has felony convictions for the Possession of a Firearm by a Felon (Illinois 2006) and Delivery of Cocaine (Illinois 2000), and is currently on bond for Possession of a Firearm by a Felon (Illinois 2017).

13. I believe the **subject parcel** contains illicit drugs being shipped from Sacramento, California to Shawn DAVIS. Attached herewith is a photograph of the mailing label for the **subject parcel**, as well as a copy of the qualifications for Officer Russell's K-9, Dioji.

14. Because this investigation is ongoing and its success would be jeopardized if the contents of this affidavit were made public, I request that this affidavit be sealed until further order of the court.

1/18/19
DATE

Adrian Lorincz
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me this 18th day of January, 2019.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE
Eastern District of Missouri

6







# Illinois Law Enforcement Training and Standards Board

Bruce Rauner, Governor
Brent Fischer, Executive Director

Phone: 217/782-4540
Fax: 217/524-5350
TDD: 866-740-3933

## Narcotic Detection Canine Recertification Report Form
Compliance with 50 ILCS 705/10.12

### ANNUAL RECERTIFICATION

**INSTRUCTIONS:** Physical signature from Chief Law Enforcement Officer is required, requiring the application to be printed. The rest of this application can be filled out electronically, or by hand. Electronic documents are preferred for submission and can be sent, via e-mail, to ptb.applications@illinois.gov.

Please type or print legibly

Agency: **Quincy Police Dept.**   Email: **ayates@quincyil.gov**

Address: **110 So. 8th, Quincy, IL 62301**

Chief Law Enforcement Officer: **Rob Copley**

Canine name: **Dioji**
(Use a separate report form for each canine within the agency)

---

**Annual certification:** List the certification course attended and attach a copy of certificate/documentation

Certifying Mobile Training Unit (MTU) or approved training entity:
**Illinois State Police**

Location: **Pawnee Training Facility**   Date(s): **11/12/18**

---

**NOTE:** It is the responsibility of the agency to document and maintain all Narcotics Detection Canine training and certification to include certificates and other training materials, which demonstrates compliance with the "minimum certification requirements" for audit purposes.

I certify that the training reported above complies with Illinois Law Enforcement Training and Standard Board's Narcotic Detection Canine Minimum Certification Requirements and is true and complete to the best of my knowledge.

Signature of Chief Law Enforcement Officer      Date: 11-28-18

Scanned, electronic documents are the preferred method of submission. E-mailed documents should be sent to ptb.applications@illinois.gov.

# ILLINOIS STATE POLICE
# K-9 UNIT
# EVALUATION FORM

Ofc. Craig Russell #111
_Craig Russell #111_ (signature)

HANDLER'S NAME / SIGNATURE     ID     11/12/2018 DATE

Quincy Police Dept     110 S. 8th Quincy, IL 62301
DIST/DEPT     ADDRESS

DIOJI     6.5 YRS     Pawnee Training Facility
CANINE'S NAME     AGE     EVALUATION LOCATION

Sergeant Patrick Van Hoveln _Sgt VH 6181_ (signature)     6181
EVALUATOR'S NAME / SIGNATURE     ID

Tpr. Michael Hogan _(signature)_     4999
EVALUATOR'S NAME / SIGNATURE     ID

*************************************************************

| OBEDIENCE | PASS | FAIL | AGILITY | PASS | FAIL |
|---|---|---|---|---|---|
| Heeling | N/A | | Hurdles | N/A | |
| Distance Control | N/A | | Dogwalk | N/A | |
| Stay Command | N/A | | A-Frame | N/A | |
| Dog Aggression | N/A | | Crawl | N/A | |
| Social Exposure | N/A | | Stairs | N/A | |

**BUILDING SEARCH**
Search . . . . . . . . . . . . . . . . . . N/A
Alert . . . . . . . . . . . . . . . . . . . N/A
Handler . . . . . . . . . . . . . . . . . N/A
Handler Control . . . . . . . . . . . N/A

| ARTICLE SEARCH | | | TRACKING | | |
|---|---|---|---|---|---|
| Search | N/A | | Canine | N/A | |
| Handler | N/A | | Handler | N/A | |

| CONTROLLED AGGRESSION | | | NARCOTIC DETECTION-Room | | |
|---|---|---|---|---|---|
| Criminal Apprehension | N/A | | Search | X | |
| Recall | N/A | | Alert | X | |
| Handler | N/A | | Handler | X | |

| NARCOTIC DETECTION-Vehicle | | | NARCOTIC LOCKERS | X | |
|---|---|---|---|---|---|
| Search | X | | | | |
| Alert | X | | NARCOTIC DETECTION-Suitcases | | |
| Handler | X | | | X | |